IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRUCE A. LEWIS, : Case No. 3:16-cv-189

        Plaintiff,

                            District Judge Walter Herbert Rice

-vs-                           Magistrate Judge Michael R. Merz

CAROLYN CARTY, et al.,

        Defendants. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Complaint be DISMISSED with prejudice. This Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

June 7, 2016.

                                              Walter Herbert Rice
                                              United States District Judge